Robert A. Scher (RS 2910)
Douglas S. Heffer (DH 6082)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
(212) 682-7474
*Attorneys for Defendants Orion Energy Systems, Inc.,*
*Neal R. Verfuerth, Daniel J. Waibel, Thomas A. Quadracci,*
*Michael J. Potts, Diana Propper de Callejon,*
*James R. Cackley, Eckhart G. Grohmann and*
*Patrick J. Trotter*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

| | |
|---|---|
| AFSHIN MONSEFI, Individually and on Behalf of All Those Similarly Situated, | Civ. No. 08 CV 01328 (RJS) |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| ORION ENERGY SYSTEMS, INC., NEAL R. VERFUERTH, DANIEL J. WAIBEL, THOMAS A. QUADRACCI, MICHAEL J. POTTS, DIANA PROPPER de CALLEJON, JAMES R. CACKLEY, ECKHART G. GROHMANN, PATRICK J. TROTTER, THOMAS WEISEL PARTNERS, LLC, CANACCORD ADAMS, INC., and PACIFIC GROWTH EQUITIES, LLC., | |
| Defendants. | |

----------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for Plaintiff in

the above-captioned action.

Please adjust your records accordingly and serve additional copies of all future pleadings,

court papers and correspondence to the address listed below:

NYC_153999.1

2

Robert A. Scher (RS 2910)
Douglas S. Heffer (DH 6082)
FOLEY & LARDER LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
Fax: (212) 687-2329
Email: rscher@foley.com
Email: dheffer@foley.com


     Dated: February 29, 2008
     New York, New York


               _/s/ Robert A. Scher_____

               Robert A. Scher (RS 2910)
               Douglas S. Heffer (DH 6082)
               FOLEY & LARDNER LLP
               90 Park Avenue
               New York, NY 10016
               (212) 682-7474
               *Attorneys for Defendants Orion Energy
               Systems, Inc.,Neal R. Verfuerth, Daniel J.
               Waibel, Thomas A. Quadracci,
               Michael J. Potts, Diana Propper de
               Callejon, James R. Cackley, Eckhart G.
               Grohmann and Patrick J. Trotter*

2

NYC_153999.1

## <u>CERTIFICATION OF SERVICE</u>

I, Robert A. Scher, an attorney with Foley & Lardner LLP, hereby certify that on this February 29, 2008, I caused the foregoing **Notice of Appearance** to be electronically filed with the United States District Court for the Southern District of New York.

All documents were served electronically to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Robert A. Scher

Robert A. Scher
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
Fax: (212) 687-2329
