

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS** LLP

SAN DIEGO · SAN FRANCISCO
NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
LOS ANGELES · PHILADELPHIA

David A. Rosenfeld
DRosenfeld@csgrr.com

April 8, 2008

VIA OVERNIGHT DELIVERY

Honorable Richard J. Sullivan
United States Courthouse
Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/10/08

Re:  *Monsefi v. Orion Energy Systems, Inc., et al.*,
     No. 1:08-cv-01328-RJS, and All Related Actions

Dear Judge Sullivan:

My firm has recently been retained to represent certain investors who wish to make a motion for appointment as lead plaintiff in the above-referenced actions. Pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), this motion must be made by any class member who wishes to seek appointment as a lead plaintiff, whether or not they have previously filed a complaint in these actions, no later than 60 days following the publication of the first notice that was issued advising investors of the pendency of these actions. 15 U.S.C. §§ 78u-4(a)(3)(A) and (B). This notice was issued on February 11, 2008; accordingly, our client must file its motion no later than Friday, April 11, 2008.

Your Honor's Individual Practices, however, require that "[f]or motions other than discovery motions, a pre-motion conference with the court is required before making any motion...." Because of the strict deadline imposed by the PSLRA, we respectfully request leave from complying with this practice so that we may file our motion by April 11, 2008.

Respectfully submitted,

David A. Rosenfeld

*Request granted. The motion for appointment as lead plaintiff may be made directly. SO ORDERED. Dated: 4/9/08  RICHARD J. SULLIVAN, U.S.D.J.*

cc:  Counsel of Record on attached service list

58 South Service Road, Suite 200 • Melville, NY 11747 • 631.367.7100 • Fax 631.367.1173 • www.csgrr.com