AO 458 (Rev. 10/95)    Appearance

# UNITED STATES DISTRICT COURT

_____ Southern _____     DISTRICT OF     _____ New York _____

AFSHIN MONSEFI, Individually and on Behalf of
All Those Similarly Situated,

                    Plaintiff,

        vs.

ORION ENERGY SYSTEMS, INC., NEAL R. VERFUERTH, DANIEL
J. WAIBEL, THOMAS A. QUADRACCI, MICHAEL J. POTTS, DIANA
PROPPER de CALLEJON, JAMES R. KACKLEY, ECKHART G. GROHMANN,
PATRICK J. TROTTER, THOMAS WEISEL PARTNERS, LLC, CANACCORD
ADAMS, INC., and PACIFIC GROWTH EQUITIES, LCC,

                    Defendants.

## APPEARANCE

Case Number: 08 CV 01328

To the Clerk of this court and all parties of record:

        Enter my appearance as counsel in this case for
        Orion Energy Systems, Inc.                    Patrick J. Trotter
        Neal R. Verfuerth
        Daniel J. Waibel
        Thomas A. Quadracci
        Michael J. Potts
        Diana Propper de Callejon
        James R. Kackley
        Echkhart G. Grohmann

        I certify that I am admitted to practice in this court.

_____ April 11, 2008 _____
Date

Signature

Jerome S. Hirsch                                        JH5650
Print Name                                          Bar Number
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
Address

New York            NY            10036
City                State          Zip Code

212-735-3000                      212-735-2000
Phone Number                      Fax Number