UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
:
AFSHIN MONSEFI, Individually and on :
Behalf of All Those Similarly Situated, :
: ECF Filed
Plaintiff, :
: 08-Civ. 1328 (RJS)
vs. :
:
ORION ENERGY SYSTEMS, INC., et al :
:
Defendants. :
:
---------------------------------------------------------- x

*(Additional captions on the following pages)*

# MOTION OF THE ELDER GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

```
------------------------------------------------------- x
JASON ALLEN Individually, and On Behalf  :
of All Others Similarly Situated,         :
                                          :        ECF FILED
              Plaintiff,                  :
                                          :        08-Civ. 1992 (RJS)
       v.                                 :
                                          :
ORION ENERGY SYSTEMS, INC., et al         :
                                          :
              Defendants.                 :
                                          :
------------------------------------------------------- x
WILLIAM GOLDSTEIN, Individually, and      :
On Behalf of All Others Similarly Situated, :
                                          :        ECF FILED
              Plaintiff,                  :
                                          :        08-Civ. 2984
       v.                                 :
                                          :
ORION ENERGY SYSTEMS, INC., et al         :
                                          :
              Defendants.                 :
                                          :
------------------------------------------------------- x
```

PLEASE TAKE NOTICE that class members Elder Group, Michael and Tonia Elder, Boris Nayfish, and John Aliano (collectively, the "Elder Group"), by their counsel, hereby move this Court for an Order: (i) consolidating the related actions; (ii) appointing the Elder Group as lead plaintiff of a class of purchasers of the securities of Orion Energy Systems, Inc. ("Orion Energy" or the "Company"); (iii) approving the Elder Group's selection of Paskowitz & Associates to serve as lead counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this motion, the Elder Group submits herewith a Memorandum of Law and Declaration of Roy L. Jacobs.

Dated: April 11, 2008                              Respectfully submitted,

                                        **PASKOWITZ & ASSOCIATES**

                                        By: _____
                                            Laurence D. Paskowitz (LP-7324)
                                            Roy L. Jacobs (RLJ-0286)
                                            60 East 42nd St.
                                            46th Floor
                                            New York, New York 10165
                                            Telephone:   212-685-0969
                                            Facsimile:   212-682-3544
                                            classattorney@aol.com

                                        *Counsel for the Elder Group and*
                                        *Proposed Lead Counsel*

## CERTIFICATE OF SERVICE

I, Roy L. Jacobs an attorney admitted to the United States District Court for the Southern District Court of New York, one of plaintiff's counsel in this action, hereby certifies that on April 11, 2008, I caused to be filed an electronic copy of foregoing document via the ECF System which will send Notice of Electronic Filing by email to all ECF participant law firms.

Dated: April 11, 2008

_____
Roy L. Jacobs