UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AFSHIN MONSEFI, Individually and on Behalf of All Those Similarly Situated, | : : : : | Civil Action No. 1:08-cv-01328-RJS <u>CLASS ACTION</u> |
| Plaintiff, | : : | |
| vs. | : : | |
| ORION ENERGY SYSTEMS, INC., et al., | : : | |
| Defendants. | : : | |
| JASON ALLEN, Individually and On Behalf of All Others Similarly Situated, | : : : | Civil Action No. 1:08-cv-01992-RJS <u>CLASS ACTION</u> |
| Plaintiff, | : : | |
| vs. | : : | |
| ORION ENERGY SYSTEMS, INC., et al., | : : | |
| Defendants. | : : | |
| WILLIAM JENNINGS GOLSTON, On Behalf of Himself and All Others Similarly Situated, | : : : | Civil Action No. 1:08-cv-02984-UA <u>CLASS ACTION</u> |
| Plaintiff, | : : | |
| vs. | : : | |
| ORION ENERGY SYSTEMS, INC., et al., | : : | |
| Defendants. | : : | |

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that Institutional Investor Iron Workers Local No. 25 Pension Fund ("Iron Workers") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the actions; (ii) appointing Iron Workers as Lead Plaintiff; (iii) approving Iron Workers' selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, Iron Workers submits herewith a Memorandum of Law and Declaration of Mario Alba Jr., dated April 11, 2008.

DATED:  April 11, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP


/s/ *Mario Alba Jr.*
MARIO ALBA JR.

SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

I:\Orion Energy\LP Motion\LP Motion.doc

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that, on April 11, 2008, I caused a true and correct copy of the attached:

> Notice of Motion for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel;
>
> Memorandum in Support of the Motion of Iron Workers Local No. 25 Pension Fund for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel; and
>
> Declaration of Mario Alba Jr. in Support of the Motion of Iron Workers Local No. 25 Pension Fund for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel,

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

                                                                                      */s/ Mario Alba Jr.*
                                                                                      Mario Alba Jr.

ORION ENERGY SYSTEMS
Service List - 4/10/2008   (08-0065)
Page 1 of 2

**Counsel For Defendant(s)**

Robert A. Scher
Foley & Lardner LLP
90 Park Avenue
New York, NY  10016
   212/682-7474
   212/687-2329 (Fax)


**Counsel For Plaintiff(s)**

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
   516/741-4977
   516/741-0626 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

Jeffrey A. Klafter
Klafter & Olsen LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, NY  10605
   914/997-5656
   914/997-2444 (Fax)

Kurt B. Olsen
Klafter & Olsen LLP
1250 Connecticut Avenue, N.W.
Suite 200
Washington, DC  20036
   202/261-3553
   202/261-3533 (Fax)

Laurence D. Paskowitz
Paskowitz & Associates
60 East 42nd Street, 46th Floor
New York, NY  10165
   212/685-0969
   212/685-2306 (Fax)

Roy L. Jacobs
Roy Jacobs & Associates
60 East 42nd Street, 46th Floor
New York, NY  10165
   212/867-1156
   212/504-8343 (Fax)

ORION ENERGY SYSTEMS

Service List - 4/10/2008    (08-0065)

Page 2 of 2

Richard A. Maniskas
D. Seamus Kaskela
David M. Promisloff
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AFSHIN MONSEFI, Individually and on Behalf of All Those Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ORION ENERGY SYSTEMS, INC., et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 1:08-cv-01328-RJS<br><br><u>CLASS ACTION</u> |
| JASON ALLEN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ORION ENERGY SYSTEMS, INC., et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 1:08-cv-01992-RJS<br><br><u>CLASS ACTION</u> |
| WILLIAM JENNINGS GOLSTON, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ORION ENERGY SYSTEMS, INC., et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 1:08-cv-02984-UA<br><br><u>CLASS ACTION</u> |

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

Having considered the Motion of Iron Workers Local No. 25 Pension Fund ("Iron Workers") for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr., in support thereof, and good cause appearing therefore:

1.  The Actions are hereby consolidated;

2.  Iron Workers is hereby appointed Lead Plaintiff for the Class pursuant to Section 27 of the Securities Act of 1933; and

3.  The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

I:\Orion Energy\LP Motion\LP Order.doc