SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Jerome S. Hirsch
Four Times Square
New York, New York 10036
Tel: (212) 735-3000

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AFSHIN MONSEFI, Individually and on Behalf of
*All Others Similarly Situated*,   :

          Plaintiff,   :   No. 08 Civ. 1328 (RJS)

    - against -   :   **ORDER**

ORION ENERGY SYSTEMS, INC., NEAL R   :
VERFUERTH, DANIEL J. WAIBEL, THOMAS A.
QUADRACCI, MICHAEL J. POTTS, DIANA   :
PROPPER de CALLEJON, JAMES R. CACKLEY,
ECHKHART G. GROHMANN, PATRICK J.   :
TROTTER, THOMAS WEISEL PARTNERS, LLC,
CANACCORD ADAMS, INC., AND PACIFIC   :
GROWTH EQUITIES, LLC,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Upon consideration of the foregoing Notice of Motion for Admission *Pro Hac Vice* of Matthew R. Kipp, and good cause having been shown,

      IT IS SO ORDERED, this 17th day of April 2008, that such motion is GRANTED.

                                                 */s/ Richard J. Sullivan*
                                                 RICHARD J. SULLIVAN
                                                 UNITED STATES DISTRICT
                                                 JUDGE