SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Jerome S. Hirsch
Four Times Square
New York, New York 10036
Tel: (212) 735-3000

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE: 4/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AFSHIN MONSEFI, Individually and on Behalf of
*All Others Similarly Situated*,           :

                 Plaintiff,           :           No. 08 Civ. 1328 (RJS)

       - against -           :           **ORDER**

ORION ENERGY SYSTEMS, INC., NEAL R      :
VERFUERTH, DANIEL J. WAIBEL, THOMAS A.
QUADRACCI, MICHAEL J. POTTS, DIANA      :
PROPPER de CALLEJON, JAMES R. CACKLEY,
ECHKHART G. GROHMANN, PATRICK J.        :
TROTTER, THOMAS WEISEL PARTNERS, LLC,
CANACCORD ADAMS, INC., AND PACIFIC      :
GROWTH EQUITIES, LLC,

                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Upon consideration of the foregoing Notice of Motion for Admission *Pro Hac Vice* of Martin V. Sinclair, Jr., and good cause having been shown,

       IT IS SO ORDERED, this ____ day of April 2008, that such motion is GRANTED.

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT
                                      JUDGE