AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |
|---|---|---|

AFSHIN MONSEFI, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

ORION ENERGY SYSTEMS, INC., NEAL R. VERFUERTH, DANIEL J. WAIBEL, THOMAS A. QUADRACCI, MICHAEL J. POTTS, DIANA PROPPER de CALLEJON, JAMES R. KACKLEY, ECKHART G. GROHMANN, PATRICK J. TROTTER, THOMAS WEISEL PARTNERS, LLC, CANACCORD ADAMS, INC., and PACIFIC GROWTH EQUITIES, LLC,

    Defendants.

**APPEARANCE**

Case Number: 08 CV 1328

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

Orion Energy Systems, Inc.
Neal R. Verfuerth
Daniel J. Waibel
Thomas A. Quadracci
Michael J. Potts
Diana Propper de Callejon
James R. Kackley
Eckhart G. Grohmann

Patrick J. Trotter

I certify that I am admitted to practice in this court.

| 4/21/2008 | /s/ Bryan Levine |
|---|---|
| Date | Signature |

| Bryan Levine | BL0673 |
|---|---|
| Print Name | Bar Number |

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
Address

| New York | NY | 10036 |
|---|---|---|
| City | State | Zip Code |

| (212) 735-3000 | (212) 735-2000 |
|---|---|
| Phone Number | Fax Number |