**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| AFSHIN MONSEFI, Individually and on Behalf of All Those Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| | ) | Civ. No. 1:08 Civ 01328 (RJS) |
| ORION ENERGY SYSTEMS, INC., NEAL R. VERFUERTH, DANIEL J. WAIBEL, THOMAS A. QUADRACCI, MICHAEL J. POTTS, DIANA PROPPER de CALLEJON, JAMES R. CACKLEY, ECKHART G. GROHMANN, PATRICK J. TROTTER, THOMAS WEISEL PARTNERS, LLC, CANACCORD ADAMS, INC., and PACIFIC GROWTH EQUITIES, LCC, | ) ) ) ) ) ) ) ) ) ) ) | ECF Case |
| Defendants. | ) | |
| JASON ALLEN, Individually and on Behalf of All Those Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| | ) | Civ. No. 1:08 Civ 01992 (RJS) |
| ORION ENERGY SYSTEMS, INC., NEAL R. VERFUERTH, DANIEL J. WAIBEL, THOMAS A. QUADRACCI, MICHAEL J. POTTS, DIANA PROPPER de CALLEJON, JAMES R. CACKLEY, ECKHART G. GROHMANN, PATRICK J. TROTTER, THOMAS WEISEL PARTNERS, LLC, CANACCORD ADAMS, INC., and PACIFIC GROWTH EQUITIES, LCC, | ) ) ) ) ) ) ) ) ) ) ) | ECF Case |
| Defendants. | ) | |

**RESPONSE OF THE SITZBERGER GROUP TO COMPETING**
**MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND**
**APPROVAL OF SELECTION OF LEAD COUNSEL**



WILLIAM JENNINGS GOLSTON, On Behalf
of Himself and All Others Similarly Situated,

     Plaintiff,

  vs.

          Civ. No. 1:08 Civ 2984 (RJS)

ORION ENERGY SYSTEMS, INC., NEAL R.
VERFUERTH, DANIEL J. WAIBEL, THOMAS  ECF Case
A. QUADRACCI, MICHAEL J. POTTS, DIANA
PROPPER de CALLEJON, JAMES R.
KACKLEY, ECKHART G. GROHMANN,
PATRICK J. TROTTER, THOMAS WEISEL
PARTNERS, LLC, CANACCORD ADAMS,
INC., and PACIFIC GROWTH EQUITIES, LCC,
,

     Defendants.

On April 11, 2008, the Sitzberger Group and three other movants filed motions, each of

which requested that the Court appoint it as Lead Plaintiff in this action on behalf of a similar

class of purchasers of Orion Energy Systems, Inc. common stock.  The three other movants are:

Iron Workers Local No. 25 Pension Fund, Walter Milbrath, and the Elder Group.[1]  On April 28,

2008, movant Walter Milbrath withdrew his motion for appointment as Lead Plainitiff.

Upon review of the remaining competing motions for appointment as Lead Plaintiff that

were filed, it appears that the Iron Workers Local No. 25 Pension Fund has sustained the largest

losses of all other movants.  As such, there is a presumption that it is the most adequate plaintiff

to serve as Lead Plaintiff over the actions.  While the Sitzberger Group does not oppose the Iron

---

[1]  One of the members of the Sitzberger Group, Boris Nayflish, was also included as a proposed
lead plaintiff in the Elder Group's motion filed by Paskowitz & Associates.  Mr. Nayflish's
physical signature does not appear on the Certification Paskowitz & Associates filed with their
lead plaintiff motion and Mr. Nayflish has advised Paskowitz & Associates that they should
remove him from the Elder Group.

Workers Local No. 25 Pension Fund's motion, the Sitzberger Group expressly reserves its right to seek to serve as Lead Plaintiff should the Court determine Iron Workers Local No. 25 Pension Fund is not qualified to serve as Lead Plaintiff, or if it withdraws, whether at this or a later stage of the proceedings.

DATED:  April 28, 2008                    KLAFTER & OLSEN LLP


                                    s/  Jeffrey Klafter
                        _____
                                 JEFFREY A. KLAFTER (JK-0953)
                        1311 Mamaroneck Avenue, Suite 220
                        White Plains, New York 10605
                        Telephone: (914) 997-5656
                        Facsimile: (914) 997-2444


                        KLAFTER & OLSEN LLP
                        KURT B. OLSEN
                        1250 Connecticut Ave., N.W., Suite 200
                        Washington, DC  20036
                        Telephone: (202) 261-3553
                        Facsimile: (202) 261-3533

                        SPECTOR, ROSEMAN & KODROFF, P.C.
                        Robert M. Roseman
                        Andrew D. Abramowitz
                        David Felderman
                        1818 Market Street, Suite 2500
                        Philadelphia, PA  19103
                        Telephone: (215) 496-0300
                        Facsimile: (215) 496-6612

                        Attorneys for the Sitzberger Group

## <u>CERTIFICATE OF SERVICE</u>

I, Jeffrey Klafter, hereby certify that on April 28, 2008, the following document:

- RESPONSE OF THE SITZBERGER GROUP TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL;

was filed and served electronically in accordance with the Federal Rules of Civil

Procedure, the Local Rules of the Southern District of New York, and the Southern

District's Rules on Electronic Service upon all Counsel of Record, as indicated below,

each of whom has registered for Electronic Case Filing in one of the above-captioned

Actions:

***Counsel for Plaintiff Ashfin Monsefi and Movant Elder Group:***

**Laurence Paskowitz**
Paskowitz & Associates
60 East 42nd Street, 46th Floor
New York, NY 10165
(212)-685-0969
Fax: (212)-685-2306

**Roy Laurence Jacobs**
Roy Jacobs & Associates
60 East 42nd Street 46th Floor
New York, NY 10165
212-867-1156
Fax: 212-504-8343

***Counsel for Plaintiff Jason Allen:***

**Evan J Smith**
Brodsky & Smith, L.L.C.
240 Mineola Blvd.
Mineola, NY 11501
(516) 741-4977
Fax: (516) 741 0626

*Counsel for Movant Iron Workers Local No. 25 Pension Fund*

**David A. Rosenfeld**
**Mario Alba, Jr.**
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173

*Counsel for Movant Walter Milbrath*

**Kim E. Miller**
Kahn Gauthier Swick LLP
12 East 41st Street, 12th Floor
New York, NY 10017
(212) 696-3730
Fax: (504) 455-1498

*Counsel for Defendants Orion Energy Systems, Inc., Neal R. Verfuerth, Daniel J.
Waibel, Thomas A. Quadracci, Michael J. Potts, Diana Propper de Callejon, James R.
Cackley, Eckhart G. Grohmann, and Patrick J. Trotter:*

**Robert Allen Scher**
Foley & Lardner, LLP
90 Park Avenue
New York, NY 10016
(212) 682-7474
Fax: (212) 687-2329

**Jerome S. Hirsch**
**Bryan J. Levine**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000
Fax: (212) 735-2000

                                        ____s/ Jeffrey Klafter_____