USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 4/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AFSHIN MONSEFI, Individually And On Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

ORION ENERGY SYSTEMS, INC., NEAL R. VERFUERTH, DANIEL J. WAIBEL, THOMAS A. QUADRACCI, MICHAEL J. POTTS, DIANA PROPPER de CALLEJON, JAMES R. CACKLEY, ECKHART G. GROHMANN, PATRICK J. TROTTER, THOMAS WEISEL PARTNERS, LLC, CANACCORD ADAMS, INC., and PACIFIC GROWTH EQUITIES, LCC,

    Defendants.

DOCKET NUMBER: 08-cv-01328

HON. RICHARD J. SULLIVAN

---

(Caption continued on the following page)

**NOTICE OF WITHDRAWAL OF THE MOTION OF WALTER MILBRATH TO CONSOLIDATE RELATED ACTIONS; TO BE APPOINTED LEAD PLAINTIFF; AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

| | |
|---|---|
| JASON ALLEN, Individually And On Behalf of All Others Similarly Situated, ) ) ) | DOCKET NUMBER: 08-cv-01992 |
| Plaintiff, ) ) | |
| vs. ) | HON. RICHARD J. SULLIVAN |
| ORION ENERGY SYSTEMS, INC., NEAL R. VERFUERTH, DANIEL J. WAIBEL, THOMAS A. QUADRACCI, MICHAEL J. POTTS, DIANA PROPPER de CALLEJON, JAMES R. CACKLEY, ECKHART G. GROHMANN, PATRICK J. TROTTER, THOMAS WEISEL PARTNERS, LLC, CANACCORD ADAMS, INC., and PACIFIC GROWTH EQUITIES, LCC, ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |
| WILLIAM JENNINGS GOLSTON, Individually And On Behalf of All Others Similarly Situated, ) ) ) | DOCKET NUMBER: 08-cv-02984 |
| Plaintiff, ) ) | |
| vs. ) | HON. RICHARD J. SULLIVAN |
| ORION ENERGY SYSTEMS, INC., NEAL R. VERFUERTH, DANIEL J. WAIBEL, THOMAS A. QUADRACCI, MICHAEL J. POTTS, DIANA PROPPER de CALLEJON, JAMES R. CACKLEY, ECKHART G. GROHMANN, PATRICK J. TROTTER, THOMAS WEISEL PARTNERS, LLC, CANACCORD ADAMS, INC., and PACIFIC GROWTH EQUITIES, LCC, ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

On April 11, 2008, Movant Walter Milbraith ("Milbraith") filed a Motion to Consolidate Related Actions; to be Appointed Lead Plaintiff; and to Approve Proposed Lead Plaintiffs' Choice of Counsel. Rec. Docket no. 12.

After reviewing the motions for lead plaintiff filed by other Movants in this matter, Milbraith hereby notices the withdrawal of his motion for lead plaintiff in light of the greater financial interest of other Movants.

Dated: April 28, 2008

Respectfully submitted,

KAHN GAUTHIER SWICK, LLC

*Kim E. Miller* /pb

Kim E. Miller (KM-6996)
12 East 41st Street, 12th Floor
New York, NY 10017
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

KAHN GAUTHIER SWICK, LLC
Lewis S. Kahn
650 Poydras St., Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

*Counsel for Walter Milbrath and Proposed Lead Counsel for the Class*

### CERTIFICATE OF SERVICE

I hereby certify that this Motion was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on April 28, 2008.

*Kim E. Miller* /pb

Kim E. Miller

SO ORDERED:

_____
U.S.D.J.  4/29/08