AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

**APPEARANCE**

Monsefi v. Orion Energy Systems, Inc., et al.

Case Number: 08 cv 1328

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Orion Energy Systems, Inc., Neal R. Verfuerth, Daniel J. Waibel, Thomas A. Quadracci, Michael J. Potts, Diana Propper de Callejon, James R. Kackley, Eckhart G. Grohmann, and Patrick J. Trotter.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/9/2008 | s/ Martin V. Sinclair, Jr. |
| Date | Signature |
| | Martin Vincent Sinclair Jr.    IL 6287402 |
| | Print Name    Bar Number |
| | Skadden Arps, 333 W. Wacker Dr., Suite 2100 |
| | Address |
| | Chicago    Illinois    60606 |
| | City    State    Zip Code |
| | (312) 407-0700    (312) 407-0701 |
| | Phone Number    Fax Number |