*Sullivan*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6/11/08]*

------------------------------------------------------x

AFSHIN MONSEFI, Individually and on Behalf of
All Others Similarly Situated,

                      Plaintiff,      :    No. 08 CV 01328 (RJS)

      - against -      :    **NOTICE OF WITHDRAWAL**

ORION ENERGY SYSTEMS, INC., NEAL R.
VERFUERTH, DANIEL J. WAIBEL, THOMAS A.
QUADRACCI, MICHAEL J. POTTS, DIANA
PROPPER de CALLEJON, JAMES R. KACKLEY,
ECHKHART G. GROHMANN, PATRICK J.
TROTTER, THOMAS WEISEL PARTNERS, LLC,
CANACCORD ADAMS, INC., and PACIFIC
GROWTH EQUITIES, LLC,

                      Defendants.

------------------------------------------------------x

To:    J. Michael McMahon, Clerk of Court
       United States District Court
       Daniel Patrick Moynihan United States Courthouse
       500 Pearl Street
       New York, New York 10007-1312

PLEASE TAKE NOTICE that the undersigned attorney, Robert Allen Scher, of the law firm Foley & Lardner LLP, is withdrawing as counsel for Orion Energy Systems, Inc., Neal R. Verfuerth, Daniel J. Waibel, Thomas A. Quadracci, Michael J. Potts, Diana Propper de Callejon, James R. Kackley, Eckhart G. Grohmann, and Patrick J. Trotter (collectively, "Defendants") in the above-captioned action and hereby requests that his name be removed from the docket. Attorneys of record Jerome S. Hirsch, Matthew R. Kipp, Donna L. McDevitt, Andrew J. Fuchs, Bryan J. Levine, and Martin V.

Sinclair, Jr., affiliated with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, will continue representing Defendants in this matter.

Dated: New York, New York
      June 6, 2008

                FOLEY & LARDNER LLP

                By: /s/ Robert Scher
                     Robert Allen Scher (RS 2910)
                90 Park Avenue
                New York, NY 10016-1314
                Telephone: (212) 682-7474
                Facsimile: (212) 687-2329

*Attorneys for Defendants Orion Energy Systems, Inc., Neal R. Verfuerth, Daniel J. Waibel, Thomas A. Quadracci, Michael J. Potts, Diana Propper de Callejon, James R. Kackley, Eckhart G. Grohmann, and Patrick J. Trotter*

                /s/ Laurence Paskowitz /MVS
                Laurence Paskowitz
                PASKOWITZ & ASSOCIATES
                60 East 42nd Street, 46th Floor
                New York, NY 10165
                Telephone: (212)-685-0969
                Facsimile: (212)-685-2306
                Email: classattorney@aol.com

*Attorneys for Plaintiff Afshin Monsefi*

SO ORDERED:

/s/ Richard J. Sullivan
RICHARD J. SULLIVAN
United States District Judge
6/10/08

2