```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ORION SECURITIES LITIGATION

No. 08 Civ. 1328 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED THAT counsel for all parties shall appear before the Court on August 19, 2009 at 2:30 p.m. for oral argument regarding Defendants' pending motions to dismiss the Consolidated Amended Class Action Complaint.

SO ORDERED.

DATED:  July 22, 2009
        New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE