UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
In re ORION SECURITIES LITIGATION    :   Civil Action No. 1:08-cv-01328-RJS
                                     :
———————————————————————              :   <u>CLASS ACTION</u>
                                     :
This Document Relates To:            :
                                     :
    ALL ACTIONS.                     :
                                     :
———————————————————— x

# LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

578685_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff hereby moves the Court, before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, for an order preliminarily approving the proposed Settlement, directing notice be sent to all Class Members and summary notice to be published, and setting a hearing for final approval. This Motion is based upon the Settlement Agreement and the exhibits annexed thereto, and the Lead Plaintiff's Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Settlement.

DATED: September 17, 2010

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
rrothman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

578685_1

SULLIVAN, WARD, ASHER & PATTON, P.C.
CYNTHIA J. BILLINGS
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI 48075-1000
Telephone: 248/746-0700
248/746-2760 (fax)

Additional Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 17, 2010.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

ROBBINS GELLER RUDMAN
     & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: elleng@rgrdlaw.com

# Mailing Information for a Case 1:08-cv-01328-RJS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@rgrdlaw.com,e_file_ny@rgrdlaw.com,drosenfeld@rgrdlaw.com

- **Jonathan Cobb Dickey**
  jdickey@gibsondunn.com

- **Lee Gordon Dunst**
  ldunst@gibsondunn.com,aarias@gibsondunn.com

- **Andrew J. Fuchs**
  afuchs@skadden.com,chdocket@skadden.com

- **Jerome S. Hirsch**
  JHirsch@Skadden.com

- **Roy Laurence Jacobs**
  rljacobs@pipeline.com

- **D. Seamus Kaskela**
  skaskela@btkmc.com

- **Matthew R. Kipp**
  mkipp@skadden.com,chdocket@skadden.com

- **Jeffrey Alan Klafter**
  jak@klafterolsen.com

- **Bryan Joshua Levine**
  bryan.levine@skadden.com

- **Donna L. McDevitt**
  dmcdevit@skadden.com,chdocket@skadden.com

- **Kim Elaine Miller**
  kim.miller@ksfcounsel.com,kimmiller225@yahoo.com,ecf.notices@ksfcounsel.com

- **Laurence Paskowitz**
  classattorney@aol.com

- **Robert M. Rothman**
  rrothman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Samuel Howard Rudman**

srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Martin V. Sinclair , Jr**
  masincla@skadden.com,chdocket@skadden.com

- **Evan J. Smith**
  esmith@brodsky-smith.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Richard A. Maniskas
Schiffrin & Barroway L.L.P.
280 King of Prussia Road
Radnor, PA 19087

David M. Promisloff
Barroway Topaz Kessler Meltzer & Check,LLP
280 King of Prussia Road
Radnor, PA 19087

Ellen Gusihoff Stewart
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101
```